607 A.2d 988

IN THE MATTER OF STEPHEN A. PEPE, FORMERLY
A JUDGE OF THE SUPERIOR COURT.

June 25, 1992.

ORDER OF REMOVAL

The Advisory Committee on Judicial Conduct having filed a presentment with the Supreme Court recommending that STEPHEN A. PEPE, who resigned from his position as a Judge of the Superior Court on October 5, 1990, be removed from judicial office for violations of Canons 1, 2A, 2B, and 3A(1) of the *Code of Judicial Conduct, Rule* 2:15–8(a)(1) and (6), and *N.J.S.A.* 2C:35–5 and –10;

And respondent, through counsel, having waived his right to a hearing before the Supreme Court and having consented to his removal from judicial office;

And good cause appearing;

It is ORDERED that STEPHEN A. PEPE is hereby removed as a Judge of the Superior Court, and he is hereby barred from holding any future judicial office.

WITNESS, the Honorable Robert N. Wilentz, Chief Justice, at Trenton, this 23rd day of June, 1992.